

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2022

No. 04-22-00782-CR

**EX PARTE** Fabian Daniel **MORALES-ROCHA**

From the County Court, Kinney County, Texas
Trial Court No. 11058CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

On November 21, 2022, the court reporter filed a notification of late record stating the reporter's record had not been filed because appellant did not make a written request for it. We therefore ordered appellant to provide written proof to this court showing he served the court reporter with a written designation of the specific proceedings for which he requests a record. On November 28, 2022, appellant responded to our order and indicated he would not be requesting a record. At this time, the appellate record is complete. Accordingly, the appellant's brief is due **by December 27, 2022.** *See* 4th Tex. App. (San Antonio) Loc. R. 8.2.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court